UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOSE RAMIREZ,<br><br>             Petitioner,<br><br>     vs.<br><br>G.D. LEWIS,<br><br>             Respondent.<br>_____/ | 1:10-cv-01106 AWI JLT  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (Doc. 19)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE (Doc. 18) |

Petitioner has requested an extension of time to file his Traverse. (Doc. 18). Petitioner has also requested the appointment of counsel, citing his lack of knowledge of the law and his lack of proficiency at spelling and writing. (Doc. 19).

Regarding the motion for extension of time to file his Traverse, Petitioner cites his lack of skill in the law as grounds for additional time to prepare and file his Traverse. The Court finds that Petitioner has established good cause for having an thirty-day extension of time to file his Traverse.

Regarding the motion for appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254

Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's request for appointment of counsel (Doc. 19), is denied.
2. Petitioner's motion for extension of time to file his Traverse (Doc. 18), is GRANTED.  Petitioner is granted thirty days from the date of service of this order within which to file his Traverse.

IT IS SO ORDERED.

Dated:   **January 3, 2011**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE